```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 02465
   MICHELLE A SHORTER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-6340


-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 01/22/2004 and was confirmed 04/06/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  44.94%.

      The case was paid in full 03/23/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
ARONSON FURNITURE          SECURED           1800.00       133.94        1800.00
FAIRLANE CREDIT SST        SECURED           7650.00      2529.21        7650.00
FAIRLANE CREDIT SST        UNSECURED         4242.43         .00         1906.55
IL DEPT OF EMPLOYMENT SE   UNSECURED         5238.00         .00         2353.96
ARONSON FURNITURE          UNSECURED OTH      610.28         .00          275.00
CITY OF CHICAGO PARKING    UNSECURED          810.00         .00          364.01
FST PREMIER                UNSECURED       NOT FILED         .00             .00
MARLIN INTEGRATED CAPITA   UNSECURED       NOT FILED         .00             .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED         .00             .00
MCI COMMUNICATIONS         NOTICE ONLY     NOT FILED         .00             .00
PALISADES                  UNSECURED       NOT FILED         .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00             .00
SBC                        NOTICE ONLY     NOT FILED         .00             .00
SPRINT                     UNSECURED       NOT FILED         .00             .00
SPRINT                     NOTICE ONLY     NOT FILED         .00             .00
SYSTEM & SERVICES TECHNO   UNSECURED       NOT FILED         .00             .00
TCF BANK                   UNSECURED       NOT FILED         .00             .00
TCF                        NOTICE ONLY     NOT FILED         .00             .00
VILLAGE OF FOREST PARK     UNSECURED       NOT FILED         .00             .00
VILLAGE OF FOREST PARK     NOTICE ONLY     NOT FILED         .00             .00
VILLAGE OF MAYWOOD         UNSECURED         1215.00         .00          546.02
RJM AQUISITIONS FUNDING    UNSECURED         1087.86         .00          488.88
MUNICIPAL COLLECTION SER   UNSECURED         1272.50         .00          571.86
JENNIFER A BLANC DOUGE     DEBTOR ATTY       1,660.00                   1,660.00
TOM VAUGHN                 TRUSTEE                                      1,201.43
DEBTOR REFUND              REFUND                                           7.14

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 21,488.00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 02465 MICHELLE A SHORTER
```

```
PRIORITY                                                               .00
SECURED                                                           9,450.00
      INTEREST                                                    2,663.15
UNSECURED                                                         6,506.28
ADMINISTRATIVE                                                    1,660.00
TRUSTEE COMPENSATION                                              1,201.43
DEBTOR REFUND                                                         7.14
                                       ---------------      ---------------
TOTALS                                      21,488.00            21,488.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
   Dated: 12/13/07                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```